UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:25-cv-60138-LEIBOWITZ

JOHN OWOC,
    *Plaintiff,*

v.

HON. PETER D. RUSSIN,
    *Defendant.*
_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On June 9, 2025, Defendant filed a Motion to Dismiss the Amended Complaint [ECF No. 16]. Plaintiff's response was due on June 23, 2025. That deadline has passed, and Plaintiff has neither responded to the motion nor sought an extension of time to respond. Pursuant to the Local Rules of the Southern District of Florida, "each party opposing a motion shall serve an opposing memorandum of law not later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. FLA. LOC. R. 7.1(c).

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall file an opposing memorandum of law to Defendant's Motion to Dismiss the Amended Complaint [ECF No. 16] **no later than July 2, 2025,** or show cause in writing by that date why the motion should not be granted by default. Failure to respond by the above deadline may result in Defendant's Motion being granted by default *without further notice.*

**DONE AND ORDERED** in the Southern District of Florida on June 24, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record